UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GORE, | No. 2:14-cv-2535 CKD P |
| Petitioner, | |
| v. | ORDER |
| KAMALA HARRIS, et al., | |
| Respondents. | |

On December 4, 2014, petitioner filed a document the court construes as a notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, IT IS HEREBY ORDERED that this action is dismissed and the Clerk of the Court is directed to close this case.

Dated: December 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gore2535.dis